UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATUL CHOJAR, Individually and on behalf of all others similarly situated, et al., <br><br> Plaintiff, <br><br> v. <br><br> ANGIE'S LIST, INC., THOMAS R. EVANS, GEORGE D. BELL, MARK BRITTO, SCOTT A. DURCHSLAG, ANGELA R. HICKS BOWMAN, MICHAEL S. MAURER, DAVID B. MULLEN, MICHAEL D. SANDS, H. ERIC SEMLER, and SUSAN THRONSON, <br><br> Defendants. | Case No. 1:17-cv-03208-TWP-MJD |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Atul Chojar, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to himself and without prejudice as to all others similarly situated, with each party to bear its own fees and costs.

Respectfully submitted,

RILEY WILLIAMS & PIATT LLC

/s/ *William N. Riley*
William N. Riley

*Counsel for Plaintiff, Atul Chojar, individually and on behalf of all others similarly situated*

RILEY WILLIAMS & PIATT LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-5270
wriley@rwp-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *William N. Riley*
William N. Riley